UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 02193
   MARILYN CAROL JONES
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-9397
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 01/20/04 and confirmed on 03/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 33360.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 11982.22 | 1069.95 | 11982.22 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1884.98 | 168.41 | 1884.98 |
| CAPITAL ONE FINANCIAL | UNSECURED | 313.84 | 19.14 | 313.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 482.17 | 43.80 | 482.17 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 460.46 | 41.77 | 460.46 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1568.03 | 140.01 | 1568.03 |
| DISCOVER BANK | UNSECURED | 3099.36 | 276.73 | 3099.36 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 1991.57 | 177.85 | 1991.57 |
| HSBC | UNSECURED | 4912.50 | 438.67 | 4912.50 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 26695.13 | .00 | 26695.13 |
| PRINCIPAL PAID | .00 | .00 | 26695.13 | .00 | 26695.13 |
| INTEREST PAID | .00 | .00 | 2376.33 | .00 | 2376.33 |
| TOTAL PAID | .00 | .00 | 29071.46 | .00 | 29071.46 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00 and was paid $  2700.00 .

The Trustee received $  1411.45 .

Refunds to the Debtor totaled $   177.09 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                  /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 02193 MARILYN CAROL JONES